IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) Case No. 2:20-cv-1481 |
| Plaintiff, | ) |
| v. | ) |
| EWA E. SZYMANSKI, | ) |
| Defendant. | ) |

**COMPLAINT**

The United States alleges as set forth below.

**NATURE OF THE ACTION**

1. This is a civil action in which the United States seeks to reduce to judgment certain federal income tax, interest, and penalty assessments made against Ewa E. Szymanski ("Szymanski") and the related accrued interest and penalty liabilities.

**JURISDICTION AND VENUE**

2. This complaint has been requested and authorized by the Chief Counsel of the Internal Revenue Service ("IRS") and is brought at the direction of a delegate of the Attorney General of the United States pursuant to 26 U.S.C. § 7401.

3. Jurisdiction is conferred on this Court by 28 U.S.C. §§ 1340 and 1345, and 26 U.S.C. § 7402.

4. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 and 1396 because defendant Szymanski resides in this judicial district and a substantial part of the events or omissions giving rise to the United States' claims occurred in this judicial district.

1

## PARTIES

5. Plaintiff is the United States of America.

6. Defendant Szymanski resides at 1829 West Mequon Road, Mequon, Wisconsin 53092. Szymanski is subject to the jurisdiction of the Court because she resides in this judicial district and a substantial part of the actions giving rise to this suit occurred in this judicial district.

## COUNT I: JUDGEMENT AGAINST SZYMANSKI

7. The United States incorporates the allegations set forth in paragraphs 1 through 6 above.

8. On October 14, 2014, Szymanski filed her 2013 federal income tax return that reported total tax due ("Tax Liability") of $162,602, which the IRS assessed on November 17, 2014.

9. On October 13, 2015, Szymanski filed her 2014 federal income tax return that reported a Tax Liability of $83,919, which the IRS assessed on November 9, 2015.

10. On June 23, 2016, Szymanski filed her 2015 federal income tax return that reported a Tax Liability of $20,350, which the IRS assessed on July 25, 2016.

11. The IRS made the following penalty and interest assessments against Szymanski with respect to her 2013, 2014, and 2015 Tax Liabilities:

| Tax Year | Assessment | Amount | Date |
|---|---|---|---|
| 2013 | 26 U.S.C. § 6651: Failure to Pay Tax Penalty | $5,960.28 | 11/17/2014 |
| 2013 | 26 U.S.C. § 6601: Interest | $2,672.26 | 11/17/2014 |
| 2013 | 26 U.S.C. § 6651: Failure to Pay Tax Penalty | $1,234.07 | 1/19/2015 |
| 2013 | 26 U.S.C. § 6601: Interest | $701.22 | 1/19/2015 |
| 2014 | 26 U.S.C. § 6651: Failure to Pay Tax Penalty | $2,515.16 | 11/9/2015 |
| 2014 | 26 U.S.C. § 6601: Interest | $1,239.15 | 11/9/2015 |

| Tax Year | Assessment | Amount | Date |
|---|---|---|---|
| 2015 | 26 U.S.C. § 6651: Late Filing Penalty | $2,747.25 | 7/25/2016 |
| 2015 | 26 U.S.C. § 6651: Failure to Pay Tax Penalty | $407.00 | 7/25/2016 |
| 2015 | 26 U.S.C. § 6601: Interest | $256.36 | 7/25/2016 |

12. All assessments identified above were made in accordance with law.

13. In addition to the assessments identified above, Szymanki owes the government for accrued interest with respect to her unpaid 2013, 2014, and 2015 Tax Liabilities and her unpaid 26 U.S.C. § 6651 penalties listed in paragraph 11 above.

14. Szymanki also owes the government for accrued 26 U.S.C. § 6651 failure to pay tax penalties.

15. On November 7, 2016, Szymanki filed a voluntary Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Eastern District of Wisconsin (case no. 16-30927-svk). On February 13, 2017, Szymanski received a discharge pursuant to 11 U.S.C. § 727.

16. Szymanski's 2013, 2014, and 2015 Tax Liabilities and all related interest (assessed and accrued) are excepted from discharge.

17. Szymanski's assessed 26 U.S.C. § 6651 liabilities and all related interest (assessed and accrued) are excepted from discharge.

18. Szymanski's accrued 26 U.S.C. § 6651 liabilities are excepted from discharge.

(*Remainder of page 3 intentionally left blank.*)

19. Therefore, Szymanski is personally liable to the United States in the amount of $359,750.49, as of September 21, 2020, as set forth in table below. The balances due reflect any payments Szymanski made and any credits the IRS made to her account:

| Tax Year | Tax Liabilities | Assessed & Accrued 6651 Liabilities | Assessed & Accrued Interest | Payments & Credits | 9/21/2020 Balance Due |
|---|---|---|---|---|---|
| 2013 | $162,602.00 | $35,411.74 | $44,233.65 | ($24,661.40) | $217,575.99 |
| 2014 | $83,919.00 | $17,891.75 | $19,381.56 | ($12,400.00) | $108,792.31 |
| 2015 | $20,350.00 | $7,832.62 | $5,329.57 | ($130.00) | $33,382.19 |
| **Total:** | **$266,871.00** | **$61,136.11** | **$68,934.78** | **($37,191.40)** | **$359,750.49** |

20. The IRS gave Szymanski notices of the assessments referred to in paragraphs 8, 9, 10, and 11, and made demands for payment to Szymanski on or about the date of each assessment.

21. Despite notices and demands for payment, Szymanski has failed to satisfy her outstanding federal tax obligations referred to in paragraph 19 in full.

22. By reason of the foregoing, Szymanski is liable to the United States in the amount of $359,750.49, as of September 21, 2020, for the unpaid liabilities referred to in paragraph 19, plus interest and statutory additions that have accrued since then and will continue to accrue thereon until paid in full.

WHEREFORE, the United States of America respectfully requests that the Court enter judgment on Count I of this Complaint as follows:

A. Enter a money judgment in favor of the United States and against Szymanski on Count I in the amount of $359,750.49, plus interest and statutory additions that have accrued after September 21, 2020, and will continue to accrue until paid in full; and

4

B.	Grant the United States its costs incurred in the commencement and prosecution of this action, and such other and further relief as the Court deems proper and just.

Dated:  September 22, 2020

Respectfully submitted,

MATTHEW D. KRUEGER
United States Attorney

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ James F. Bresnahan II*
JAMES F. BRESNAHAN II
Virginia Bar #1044111
Attorney for Plaintiff United States of America
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9067
Fax:  (202) 514-6770
James.F.Bresnahan@usdoj.gov

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

Place an "X" in the appropriate box (required): ☐ Green Bay Division ☒ Milwaukee Division

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
Ewa E. Szymanksi

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Ozaukee
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
James F. Bresnahan II; U.S. Department of Justice, Tax Division, 555 4th Street, NW, Washington, DC, 20001; 202-616-9067

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 U.S.C. 7402
Brief description of cause:
Reduce to judgment certain federal income tax liabilities

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 359,750.49
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*:
JUDGE _____ DOCKET NUMBER _____

DATE: 09/22/2020
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Case 2:20-cv-01481-PP   Filed 09/22/20   Page 1 of 1   Document 1-1

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | ) | |
|---|---|---|
| United States of America, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:20-cv-1481 |
| Ewa E. Szymanski, | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Ewa E. Szymanksi
1829 West Mequon Road
Mequon, Wisconsin 53092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you receive it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are: James F. Bresnahan II

        If by FedEx, UPS, or DHL: 555 4th Street, NW, Suite 8921, Washington, DC 20001

        If by USPS: P.O. Box 7238, Ben Franklin Station, Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*GINA M. COLLETTI, CLERK OF COURT*

Date: _____

                                                                    *Signature of Clerk or Deputy Clerk*

Civil Action No. 2:20-cv-1481

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)*: _____

were received by me on *(date)* _____ .

☐ I personally served the summons and the attached complaint on the individual at *(place)*: _____

_____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons and the attached complaint on *(name of individual)* _____

who is designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.: